UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

IN RE:

MICHAEL A. GOLDMAN and
SUSAN F. GOLDMAN,

        Debtors.

CHAPTER 11
CASE NO. 07-10722-RS

APPLICATION FOR FEE AND AFFIDAVIT
OF COUNSEL TO THE CHAPTER 11 DEBTOR

On this _____ day of February, 2008 at Braintree, MA comes Stephen E. Shamban and makes oath and says he has been employed as counsel to the Chapter 11 Debtor in the above entitled cause, and that he has rendered as such counsel in said cause the services described in the itemized bill hereto annexed and has actually incurred the expenses therein set forth; that the compensation, fee and allowance herein claimed belongs wholly to the affiant, and will not be divided, shared or pooled, directly or indirectly, with any other person or firm, except as follows:  the law firm of STEPHEN E. SHAMBAN LAW OFFICES, P.C.

WHEREFORE, he prays that he be allowed the sum of THIRTEEN THOUSAND FIVE HUNDRED SEVENTY ONE and 00/100 ($13,571.00) DOLLARS for attorneys fees and ONE THOUSAND THREE HUNDRED THIRTY TWO and 56/100 ($1,332.56) DOLLARS for costs.

This Application is made under the penalties of perjury.

DATED:      February / 2 , 2008

/s/ Stephen E. Shamban
STEPHEN E. SHAMBAN
P.O. BOX 850973, 222 FORBES ROAD
BRAINTREE, MA  02185-0973
(781) 849-1136

ORDER

IT IS HEREBY ORDERED that an allowance of
        be and hereby is made to the applicant.

U.S. BANKRUPTCY JUDGE

jm:goldman.feeapp.2.11.08

# OFFICIAL FORM 7

## United States Bankruptcy Court
### District of Massachusetts - Eastern Division

In re   MICHAEL A. GOLDMAN and SUSAN F. GOLDMAN          Case No.    07-10722-RS

                                Debtor(s)             Chapter

## DECLARATION RE: ELECTRONIC FILING

### PART I- DECLARATION OF PETITIONER

       I     **Stephen E. Shamban**    , *hereby declare(s) under penalty of perjury* that all of the information contained in my **Application for Fee and Affidavit of Counsel to the Chapter 11 Debtor** (the "Document"), filed electronically, is true and correct.  I understand that this *DECLARATION* is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document.  I understand that failure to file this *DECLARATION* may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

       I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated:     2-12-08

                            Signed:

                                  Stephen E. Shamban, Esq.
                                  (Affiant)

### PART II - DECLARATION OF ATTORNEY (IF AFFIANT IS REPRESENTED BY COUNSEL)

       I certify that the Affiant signed this form before I submitted the Document, I gave the Affiant a copy of the Document and this *DECLARATION*, and I have followed all other electronic filing requirements currently established by local rule and standing order.  This *DECLARATION* is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011.  I have reviewed and will comply with the provisions of MEFR 7.

Dated:

                 Signed:

                                   Attorney for Affiant

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| | CASE NO. 07-10722-RS |
| MICHAEL A. GOLDMAN and | |
| SUSAN F. GOLDMAN, | |
| | |
| Debtors. | |

NARRATIVE STATEMENT IN SUPPORT OF
APPLICATION FOR FEE AND AFFIDAVIT
OF COUNSEL TO THE CHAPTER 11 DEBTOR

Owing to serious medical conditions which impaired each of the Debtors in their ability to earn income, the Debtors had accumulated significant credit card indebtedness which they could no longer afford to service in the ordinary course. Counsel met with the Debtors, reviewed their finances, and suggested the filing of a Chapter 11 petition would provide the appropriate remedy for dealing with these debt problems. The Debtors did not qualify for Chapter 13 because the amount of unsecured debt exceeded the limitations indicated in 11 U.S.C. Section 109.

Counsel, working closely with the Debtors, prepared the Schedules and Statement of Financial Affairs. Counsel advised, in particular, Michael Goldman with regard to the conduct of his business during the pendency of the Chapter 11. Counsel met with the Debtors and the United States Trustee at the Section 341(a) meeting and in connection with informal contacts with that office and assisted the Debtors in connection with the filing of the monthly operating reports.

Counsel drafted and filed a motion to avoid the judicial lien by way of attachment of one creditor with regard to the Debtors' residence. The motion was granted by the Court.

Counsel drafted and filed with the input of the Debtors the original Plan and Disclosure Statement. The Plan and Disclosure Statement were amended on two occasions in order to resolve issues raised in objections filed by the United States Trustee and the Internal Revenue Service.

In connection with the Plan itself, counsel reviewed the Proofs of Claim and determined that two creditors had security interests with regard to the business assets of Michael Goldman. It was quite clear from the amount of debt which was secured by these assets that the assets were worth significantly less than the amount of the debt. Accordingly, the Plan provides for the bifurcation of the lien of the first priority secured creditor dividing that claim into a secured portion to be paid off over the period of the Plan with interest and an unsecured interest to be paid along with the other unsecured creditors. The other creditor having a second priority lien in the assets is treated as a completely unsecured creditor in the case.

Counsel will have prepared the case for confirmation and appeared at the confirmation hearing by the time this application is reviewed by the Court.

The proposed Plan provides for a thirty six (36) month dividend payment plan to creditors. Counsel will continue to provide services to the Debtors on a post-petition basis during this period and will file the appropriate motion for the entry of a final decree once the Debtors have completed their obligations pursuant to the confirmed Plan.

Respectfully submitted,

STEPHEN E. SHAMBAN LAW OFFICES, P.C.

By: _/s/Stephen E. Shamban_____
       STEPHEN E. SHAMBAN (BBO 453300)
       P.O. BOX 850973
       222 FORBES ROAD, STE. 208
       BRAINTREE, MA  02185-0973
       (781) 849-1136

goldman.feeapp.2.11.08

STEPHEN E. SHAMBAN LAW OFFICES, P.C
P.O. BOX 850973
222 FORBES ROAD, STE. 208
BRAINTREE, MA  02185-0973

Invoice submitted to:
MICHAEL GOLDMAN

February 12, 2008

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 2/7/2007 SES | TELEPHONE CONFERENCE WITH CLIENT AND FINALIZE PETITION (.40); PREPARE SUGGESTIONS OF BANKRUPTCY (.60) | 1.00 250.00/hr | 250.00 |
| 2/8/2007 SES | E-MAILS TO CLIENT AND LINDA ROGERS RE: U.S. TRUSTEE CONFERENCE | 0.30 250.00/hr | 75.00 |
| 2/9/2007 SES | TELEPHONE CONFERENCE WITH CLIENT RE: VARIOUS ISSUES | 0.20 250.00/hr | 50.00 |
| 2/15/2007 SES | ATTEND INFORMAL CONFERENCE AT U.S. TRUSTEE'S OFFICE WITH LINDA ROGERS AND CONFERENCE WITH CLIENT | 2.00 250.00/hr | 500.00 |
| 2/16/2007 SES | TELEPHONE CONFERENCE WITH CLIENT RE: PLAN | 0.20 250.00/hr | 50.00 |
| 3/1/2007 SES | TELEPHONE CONFERENCE WITH LINDA ROGERS RE: STATUS (.10); TELEPHONE CONFERENCE WITH CLIENT RE: SCHEDULES (.20) | 0.30 250.00/hr | 75.00 |
| 3/2/2007 SES | CONFERENCE WITH CLIENT AND PREPARATION OF SCHEDULES AND MOTION TO EXTEND FILING OF SCHEDULES I AND J | 4.00 250.00/hr | 1,000.00 |
| 3/5/2007 FJW | PREPARE SUGGESTION OF BANKRUPTCY (CITIBANK); PREPARE SUGGESTION OF BANKRUPTCY (CHASE BANK) | 0.40 240.00/hr | 96.00 |
| 3/6/2007 SES | PREPARE SCHEDULES I AND J AND TELEPHONE CONFERENCE WITH MICHAEL GOLDMAN | 0.80 250.00/hr | 200.00 |
| 3/8/2007 SES | REVIEWING DOCUMENTS AND DRAFTING SCHEDULE B-22 (1.80); DRAFTING STATEMENT OF PROFESSIONAL  PERSON RE: MOTION TO APPOINT  COUNSEL (.40); PREPARING FOR SECTION 341(A) | 4.70 250.00/hr | 1,175.00 |

MICHAEL GOLDMAN

| Date | | Description | Hrs/Rate | Amount |
|------|---|-------------|----------|--------|
| | | MEETING AND ATTENDING 341A MEETING WITH CLIENTS AT U.S. TRUSTEE'S OFFICE IN BOSTON (2.50) | | |
| 3/9/2007 | SES | TELEPHONE CONFERENCE WITH COURT CLERK RE: DOCUMENTS (.10); TELEPHONE CONFERENCE WITH MIKE AND DRAFT 1116 AFFIDAVIT (.40) | 0.50 250.00/hr | 125.00 |
| 3/14/2007 | SES | TELEPHONE CONFERENCE WITH MIKE RE: I AND J | 0.20 250.00/hr | 50.00 |
| | SES | REVIEW OPERATING REPORT AND VARIOUS TELEPHONE CONFERENCES WITH CLIENT | 0.60 250.00/hr | 150.00 |
| 3/17/2007 | SES | REVIEW MOTION TO AMEND | 0.20 250.00/hr | 50.00 |
| 3/21/2007 | SES | TELEPHONE CONFERENCE WITH CLIENT RE: VARIOUS ISSUES | 0.10 250.00/hr | 25.00 |
| 4/4/2007 | SES | TELEPHONE CONFERENCE WITH MIKE RE: SOVEREIGN BANK | 0.10 250.00/hr | 25.00 |
| 4/30/2007 | SES | TELEPHONE CONFERENCE WITH CLIENT RE: VARIOUS ISSUES | 0.20 250.00/hr | 50.00 |
| 5/11/2007 | SES | TELEPHONE CONFERENCE WITH MICHAEL RE: MOTOR VEHICLE LEASE PAYMENTS | 0.10 250.00/hr | 25.00 |
| 5/30/2007 | SES | TELEPHONE CONFERENCE WITH PAT REAGAN RE: CITIZENS | 0.10 250.00/hr | 25.00 |
| 6/25/2007 | SES | TELEPHONE CONFERENCE WITH MICHAEL RE: PLAN ISSUES | 0.20 250.00/hr | 50.00 |
| 8/13/2007 | SES | PREPARING PLAN AND DISCLOSURE STATEMENT | 1.00 250.00/hr | 250.00 |
| 8/14/2007 | SES | PREPARING PLAN AND DISCLOSURE STATEMENT | 0.80 250.00/hr | 200.00 |
| 8/15/2007 | SES | TELEPHONE CONFERENCE WITH CLIENT RE: EXPENSES (.20); DRAFTING PLAN AND DISCLOSURE STATEMENT (1.00) | 1.20 250.00/hr | 300.00 |
| 8/16/2007 | SES | DRAFTING PLAN AND DISCLOSURE STATEMENT | 1.00 250.00/hr | 250.00 |
| 8/17/2007 | SES | DRAFTING PLAN AND DISCLOSURE STATEMENT | 0.50 250.00/hr | 125.00 |

MICHAEL GOLDMAN                                                                                    Page   3

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/20/2007 | SES | PREPARING MOTION TO AVOID BANK OF AMERICA LIEN (.70); REVIEW CLAIMS (.40); LETTER TO SOVEREIGN BANK (.30); PREPARING PLAN AND DISCLOSURE STATEMENT (.50) | 1.50 250.00/hr | 375.00 |
| 8/21/2007 | SES | DRAFTING PLAN AND DISCLOSURE STATEMENT | 0.60 250.00/hr | 150.00 |
| 8/22/2007 | SES | TELEPHONE CONFERENCE WITH CLIENT RE: PLAN (.20); EMAIL TO CLIENT (.20); DRAFTING PLAN (.60) | 1.00 250.00/hr | 250.00 |
| 8/25/2007 | SES | REVIEWING DOCUMENTS AND DRAFTING DISCLOSURE STATEMENT | 1.50 250.00/hr | 375.00 |
| 9/26/2007 | SES | TELEPHONE CONFERENCE WITH MIKE RE: PLAN | 0.10 250.00/hr | 25.00 |
| 9/27/2007 | SES | TELEPHONE CONFERENCE WITH MICHAEL RE: STATUS | 0.20 250.00/hr | 50.00 |
| 10/23/2007 | SES | DRAFTING PLAN AND DISCLOSURE STATEMENT | 1.80 250.00/hr | 450.00 |
| 10/24/2007 | SES | REVISIONS TO PLAN AND RESEARCH AND TELEPHONE CONFERENCE WITH ERIC BRADFORD OF U.S. TRUSTEE | 1.00 250.00/hr | 250.00 |
| 11/2/2007 | SES | DRAFTING PLAN AND DISCLOSURE STATEMENT | 0.70 250.00/hr | 175.00 |
| | SES | DRAFTING PLAN AND DISCLOSURE STATEMENT | 0.70 250.00/hr | 175.00 |
| 11/5/2007 | SES | FINALIZE DRAFT OF PLAN AND DISCLOSURE STATEMENT | 0.70 250.00/hr | 175.00 |
| 11/7/2007 | SES | EMAILS TO MIKE | 0.20 250.00/hr | 50.00 |
| 11/19/2007 | SES | TELEPHONE CONFERENCE WITH DAVID FLYNN RE: SOVEREIGN BANK | 0.10 250.00/hr | 25.00 |
| 11/23/2007 | SES | REVISIONS TO PLAN AND DISCLOSURE STATEMENT RE: SOVEREIGN BANK ISSUES AND EMAIL NOTE TO SOVEREIGN COUNSEL | 0.80 250.00/hr | 200.00 |
| 11/28/2007 | SES | EMAIL TO MIKE RE: PLAN | 0.10 250.00/hr | 25.00 |
| 12/3/2007 | SES | TELEPHONE CONFERENCE WITH ATTY. FLYNN RE: SOVEREIGN | 0.10 250.00/hr | 25.00 |

MICHAEL GOLDMAN

Page    4

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/4/2007 | SES | TELEPHONE CONFERENCE WITH MICHAEL GOLDMAN RE: IRS | 0.10<br>250.00/hr | 25.00 |
| 12/5/2007 | SES | TELEPHONE CONFERENCE WITH ERIC BRADFORD RE:<br>DISCLOSURE STATEMENT | 0.20<br>250.00/hr | 50.00 |
| 12/6/2007 | SES | TELEPHONE CONFERENCE WITH ERIC BRADFORD RE:<br>DISCLOSURE STATEMENT | 0.20<br>250.00/hr | 50.00 |
| 12/10/2007 | SES | EMAILS TO CLIENT | 0.20<br>250.00/hr | 50.00 |
| 12/11/2007 | SES | TELEPHONE CONFERENCE WITH MICHAEL RE: CH. 11 ISSUES | 0.20<br>250.00/hr | 50.00 |
| 12/18/2007 | SES | VARIOUS EMAILS TO CLIENT (.30); ATTEND DISCLOSURE<br>STATEMENT HEARING (1.00); TELEPHONE CONFERENCE WITH<br>PAULA BACHTELL RE: DISCLOSURE STATEMENT (.10) | 1.50<br>250.00/hr | 375.00 |
| 12/26/2007 | SES | TELEPHONE CONFERENCE WITH CLIENT RE: PLAN | 0.20<br>250.00/hr | 50.00 |
| 1/3/2008 | SES | DRAFTING AMENDED PLAN AND DISCLOSURE STATEMENT | 1.00<br>250.00/hr | 250.00 |
| 1/4/2008 | SES | TELEPHONE CONFERENCE WITH CLIENT RE: DISCLOSURE<br>STATEMENT AND PLAN (.30); TELEPHONE CONFERENCE WITH<br>ERIC BRADFORD RE: DISCLOSURE STATEMENT (.20); DRAFTING<br>AMENDED PLAN AND DISCLOSURE STATEMENT (2.50); MOTION TO<br>EXTEND (.30) | 3.30<br>250.00/hr | 825.00 |
| 1/5/2008 | SES | LETTER TO IRS RE: PROOF OF CLAIM (.30); DRAFTING<br>AMENDMENTS TO PLAN AND DISCLOSURE STATEMENT AND<br>EMAIL TO CLIENT (1.50) | 1.80<br>250.00/hr | 450.00 |
| 1/8/2008 | SES | TELEPHONE CONFERENCE WITH CLIENT RE: DISCLOSURE<br>STATEMENT | 0.20<br>250.00/hr | 50.00 |
| 1/9/2008 | SES | TELEPHONE CONFERENCE WITH CLIENT RE: DISCLOSURE<br>STATEMENT (.10); EMAIL TO ERIC BRADFORD (.20) | 0.30<br>250.00/hr | 75.00 |
| 1/11/2008 | SES | REVISIONS TO PLAN | 0.40<br>250.00/hr | 100.00 |
| 1/14/2008 | SES | TELEPHONE CONFERENCE WITH DAN RYAN RE: IRS ISSUES (.20);<br>TELEPHONE CONFERENCE WITH CLIENT RE: STATUS (.10) | 0.30<br>250.00/hr | 75.00 |
| 1/16/2008 | SES | TELEPHONE CONFERENCE WITH MIKE RE: STATUS | 0.10<br>250.00/hr | 25.00 |

MICHAEL GOLDMAN                                                                                    Page    5

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/17/2008 | SES | TELEPHONE CONFERENCE WITH DAN RYAN RE: IRS (.10); TELEPHONE CONFERENCE WITH LARRY LEDERMAN RE: IRS ISSUES (.20) | 0.30 250.00/hr | 75.00 |
| 1/18/2008 | SES | TELEPHONE CONFERENCE WITH MICHAEL RE: IRS | 0.10 250.00/hr | 25.00 |
| 1/26/2008 | SES | EMAIL TO MIKE (.10); EMAIL TO DAN RYAN RE: IRS OBJECTION (.10) | 0.20 250.00/hr | 50.00 |
| 1/28/2008 | SES | TELEPHONE CONFERENCE WITH DAN RYAN RE: IRS | 0.10 250.00/hr | 25.00 |
| 1/29/2008 | SES | DRAFTING AMENDMENTS TO PLAN AND DISCLOSURE STATEMENT AND TELEPHONE CONFERENCE WITH DAN RYAN (.80); ATTEND HEARING AT U.S. BANKRUPTCY COURT RE: DISCLOSURE STATEMENT (2.50) | 3.30 250.00/hr | 825.00 |
| 1/30/2008 | SES | REVIEW PROPOSED ORDER AND BALLOT AND EMAIL TO ERIC BRADFORD | 0.30 250.00/hr | 75.00 |
| 1/31/2008 | SES | VARIOUS EMAILS TO CLIENT RE: STATUS (.30); EMAILS TO LINDA ROGERS RE: MONTHLY REPORT (.10) | 0.40 250.00/hr | 100.00 |
| | SES | LETTER  TO CHASE RE: STATEMENTS | 0.30 250.00/hr | 75.00 |
| 2/12/2008 | SES | PREPARE FEE APPLICATION | 1.00 250.00/hr | 250.00 |
| | SES | PREPARATION FOR CONFIRMATION HEARING (ESTIMATED) | 4.00 250.00/hr | 1,000.00 |
| 3/18/2008 | SES | ATTEND CONFIRMATION HEARING (ESTIMATED) | 2.50 250.00/hr | 625.00 |
| | | For professional services rendered | 54.30 | $13,571.00 |
| | | Additional Charges : | | |
| 2/14/2007 | | U.S. Bankruptcy Court (Filing fee) | | 1,039.00 |
| 3/21/2007 | | MAILING COPIES (35 X .20) POSTAGE (35 X .39) | | 20.65 |

MICHAEL GOLDMAN                                                                    Page      6

|  |  | Amount |
|---|---|---:|
| 5/5/2007 | U.S. BANKRUPTCY COURT | 26.00 |
|  | U.S. BANKRUPTCY COURT<br>(FILING FEE) | 26.00 |
| 8/21/2007 | MAILING<br>COPIES<br>(8 X 26 X .10)<br>POSTAGE<br>(8 X 1.49) | 32.72 |
| 1/23/2008 | MAILING<br>COPIES<br>(50 X 1 X .10)<br>POSTAGE<br>(50 X .41) | 25.50 |
| 1/30/2008 | MAILING<br>COPIES<br>(51 X 5 X .15)<br>COPIES<br>(51 X 6 X .15)<br>COPIES<br>(51 X 4 X .10)<br>POSTAGE<br>(51 X 1.14) | 162.69 |
|  | Total additional charges | $1,332.56 |
|  | Total amount of this bill | $14,903.56 |
|  | Accounts receivable transactions |  |
| 2/7/2007 | Pre-petition retainer to be applied towards allowed fee | ($462.50) |
| 2/7/2007 | Pre-petition payment applied towards filing fee | ($1,039.00) |
|  | Total payments and adjustments | ($1,501.50) |
|  | Balance due | $13,402.06 |

## UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
### Proceeding Memorandum/Order of Court

**In Re:** Michael A. Goldman and Susan F. Goldman    **Case Number:** 07-10722    **Ch:** 11

**MATTER:**

Doc# 19 Application filed by Debtor Michael A. Goldman, Joint Debtor Susan F. Goldman to
Employ Stephen E. Shamban as Counsel to Debtors

**MOVANT/APPLICANT/PARTIES:**

**OUTCOME:**

_____Granted_____Denied_____Approved_____Sustained

_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled

_____OSC enforced/released

_____Continued to:_____For:_____

_____Formal order/stipulation to be submitted by:_____Date due:_____

_____Findings and conclusions dictated at close of hearing incorporated by reference

_____Taken under advisement: Brief(s) due_____From_____
                              Response(s) due_____From_____

_____Fees allowed in the amount of: $_____Expenses of: $_____

_____No appearance/response by:_____

___✓___DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

No objection filed. Granted.

IT IS SO NOTED:                          IT IS SO ORDERED:

_____                    _____Dated:3/22/2007

Courtroom Deputy                         Robert  Somma, U.S. Bankruptcy Judge

## United States Bankruptcy Court
### District of Massachusetts - Eastern Division

In re: Michael A. Goldman
Susan F. Goldman

Debtor(s)

Case No. 07-10722
Chapter  11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept    retainer of | S | 462.50 |
| Prior to the filing of this statement I have received | S | 462.50 |
| Balance Due | S | 0.00 |

2. S  **1,039.00**  of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■        Debtor          ☐        Other (specify):

4. The source of compensation to be paid to me is:

   ■        Debtor          ☐        Other (specify):

5. ■   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm

   ☐   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:    See Attached.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  3/9/2007

/s/ STEPHEN E. SHAMBAN
STEPHEN E. SHAMBAN 453300
STEPHEN E. SHAMBAN LAW OFFICES, P.C.
P.O. BOX 850973
222 FORBES RD., STE. 208
BRAINTREE, MA 02185-0973
(781) 849-1136  Fax: (781) 848-9055
sshamban@shambanlaw.com

**Michael A. Goldman**
In re   **Susan F. Goldman**                                                    Case No.   **07-10722**

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### Attachment A

**The Debtors paid retainers of $2,500.00 on September 7,2006, $2,500.00 on September 13, 2006 and $1,000.00 on January 9, 2007. Prior to the filing of this Chapter 11 case, attorneys fees of $4,845.00 were incurred plus costs of $1,192.50 inclusive of the bankruptcy filing fee leaving an unapplied pre-petition retainer of $462.50.**

**Services to be billed at an hourly rate of $250.00 for Stephen E. Shamban and $240.00 for associates.**

## ATTORNEY BIOGRAPHIES

STEPHEN E. SHAMBAN LAW OFFICES, P.C.
P.O. BOX 850973, 222 FORBES ROAD, STE. 208
BRAINTREE, MA  02185-0973
(781) 849-1136 (TELEPHONE)
(781) 848-9055 (FAX)

Practice emphasizing commercial law (secured and unsecured creditors) and bankruptcy law
(representing debtors, creditors and trustees)


**STEPHEN E. SHAMBAN, PARTNER**

| | |
|---|---|
| ADMITTED: | Massachusetts, 1974 |
| | United States District Court - District of |
| | Massachusetts, 1975 |
| EDUCATION: | J.D. Suffolk University Law School |
| | Boston, MA, 1973 |
| MEMBER: | Massachusetts Bar Association |
| | Commercial Law League of America |
| | Norfolk County Bar Association |
| | South Shore Chamber of Commerce |
| | UNITED STATES TRUSTEE PANEL |
| | Board Certified in business and consumer bankruptcy |
| | by the American Bankruptcy Board of Certification |

**ANN BRENNAN, ASSOCIATE**

| | |
|---|---|
| ADMITTED: | Massachusetts, 1982 |
| | United States District Court - District of |
| | Massachusetts, 1983 |
| EDUCATION: | J.D. Washington University Law School, |
| | St. Louis, MO, 1982 |
| MEMBER: | Massachusetts Bar Association |

**FREDERICK J. WATSON, ASSOCIATE**

| | |
|---|---|
| ADMITTED: | Massachusetts, 1983 |
| | United States District Court - District of Massachusetts, 1984 |
| | First Circuit Court of Appeals |
| EDUCATION: | J.D. Suffolk University Law School |
| | Boston, MA  1983 |
| MEMBER: | Massachusetts Bar Association |
| | Norfolk Bar Association |
| | American Bar Association |

**DEBORA A. CASEY, PARALEGAL**

| | |
|---|---|
| MEMBER: | Past President, Past Director |
| | Massachusetts Paralegal Assistants |
| | National Federation of Paralegal Assistants |
| EDUCATION: | Boston University, College of Liberal Arts |
| | B.A. cum laude, 1970 |
| | Suffolk University Law School |
| | Boston, MA  1972-1976 |
| EXPERIENCE: | Litigation, Legal Assistant (1971-1986) |
| | Bankruptcy, Legal Assistant (1986-1992) |
| | Paralegal (1992-to date) |

STEPHEN E. SHAMBAN LAW OFFICES, P.C. also employs a bookkeeper, accountant and three secretaries.

## CERTIFICATE OF SERVICE

I, Stephen E. Shamban, do hereby certify that on February 13, 2008 I electronically filed with the Clerk of the Bankruptcy Court:  APPLICATION FOR FEE AND AFFIDAVIT OF COUNSEL TO THE CHAPTER 11 DEBTOR and served same in the following manner upon the interested parties:

E-Mail Service:  via the Court's CM/ECF system which sent notification of such filing to the following:

UNITED STATES TRUSTEE
USTPRegion01.BO.ECF@USDOJ.GOV

Eric K. Bradford
Eric.K.Bradford@USDOJ.gov

Patrick M. Reagan
preagan@lcra.com

Daniel P. Ryan
Daniel.p.ryan@irscounsel.treas.gov

Mail Service:  via Regular, first-class United States mail, postage fully pre-paid, addressed to:

The creditors listed on the attached Exhibit "A".

/s/Stephen E. Shamban
Stephen E. Shamban, Esq.

jm:goldman.feeapp.2.11.08

EXHIBIT "A"

Citizens Bank of Massachusetts
53 State Street
Boston, MA  02109

Internal Revenue Service/IRS
Daniel P. Ryan
Special Assistant United States Attorney
10 Causeway Street
Room 401
Boston, MA  02222

Sovereign Bank
75 State St.
Boston, MA  02109

ADVANTA
P.O. BOX 30715
SALT LAKE CITY, UT 84130

ADVANTA
P.O. BOX 844
SPRING HOUSE, PA 19477

ADVANTA BANK CORP.
P.O. BOX 8088
PHILADELPHIA, PA 19101

AMERICA EXPRESS
C/O ZWICKER & ASSOCIATES, P.C.
80 MINUTEMAN ROAD
ANDOVER, MA 01810

AMERICAN EXPRESS
C/O GLOBAL VANTEDGE INC.
ATTN: PAYMENT PROCESSING
P.O. BOX 10908
SAN RAFAEL, CA 94912

AMERICAN EXPRESS
C/O NCO FINANCIAL SYSTEMS INC.
P.O. BOX 15773
WILMINGTON, DE 19850

AMEX
P.O. Box 297812
Ft. Lauderdale, FL 33329

AT&T UNIVERSAL CARD
P.O. BOX 183059
COLUMBUS, OH 43218

American Express Bank, FSB
c/o Phillips and Cohen Associates, LTD
258 Chapman Road, Suite 205
Newark, DE 19702

American Express Travel Related Services Inc.
c/o Phillips and Cohen Associates, LTD
258 Chapman Road, Suite 205
Newark, DE 19702

BANK OF AMERICA
C/O JOHN D. YELLIN, ESQ.
YELLIN & GOLDNER
2000 COMMONWEALTH AVENUE
AUBURNDALE, MA 02466

BANK OF AMERICA
P.O. BOX 1758
NEWARK, NJ 07101

BANK OF AMERICA
P.O. BOX 22021
GREENSBORO, NC 27420

BANK OF AMERICA N.A. (USA)
C/O LUSTIG, GLASER & WILSON, P.C.
P.O. BOX 9127
NEEDHAM, MA 02492

BANK OF AMERICA, N.A.
C/O DANIELS LAW OFFICES, P.C.
ONE CENTER PLAZA
BOSTON, MA 02108

Bank of America
161 Piedmont Pkwy
Greensboro, NC 27410

Bank of America, N.A.
Attn: Mr. M-BK
PO Box 53160
Phoenix, AZ 85072-3160

Bank of America, N.A.
PO Box 26012
Greensboro, NC 27420-6012

CHASE AUTO FINANCE
PO BOX 901032
FORT WORTH, TX 76101-2032

CHASE BANK USA, NA SUCCESS TO BANK ONE
C/O MANN BRACKEN, LLC
ONE PACES WEST, STE. 1400
2727 PACES FERRY ROAD
ATLANTA, GA 30339

CHASE MANHATTAN BANK
C/O LAW OFFICES OF HOWARD LEE SCHIFF
340 MAIN STREET
STE. 959
WORCESTER, MA 01608

CITIBANK SOUTH DAKOTA N.A.
C/O MARK LINDNER, ESQ.
LINDNER & ASSOCIATES, P.C.
254 SECOND AVENUE
NEEDHAM, MA 02492

CITIZENS BANK
P.O. BOX 9799
PROVIDENCE, RI 02940

COUNTRYWIDE HOME LOANS
ATTN: REMITTANCE PROCESSING
P.O. BOX 660694
DALLAS, TX 75266

Capital One Bank
c/o TSYS Debt Management
P.O. Box 5155
Norcross, GA 30091

Captial One Bank
PO Box 85015
Richmond, VA 23285

Chase
400 Brooksedge Blvd.
Westerville, OH 43081

Chase Bank USA, N.A.
c/o Weinstein & Riley, P.S.
2101 4th Avenue, Suite 900
Seattle, WA, 98121

Citibank
P.O. Box 22828
Rochester, NY 14692

Citibank
P.O. Box 6241
Sioux Falls, SD 57117

Citibank UCS
8787 Baypine Road
Jacksonville, FL 32256

Citizens Bank of Massachusetts
53 State Street
Boston, MA 02109

Dept of the Treasury
IRS
JFK PO Box 9112
Insolvency Group 2 Stop 20800
Boston, MA 02203

FCNB Mastertrust
PO Box 922968
Norcross, GA 30010-2968

FIRST CONSUMERS
CARDMEMBER SERVICES
P.O. BOX 2638
OMAHA, NE 68103

FIRST CONSUMERS NATIONAL BANK
C/O PLATINUM RECOVERY SOLUTIONS, INC.
P.O. BOX 3708
OMAHA, NE 68103

HFC
PO Box 9618
Virginia Beach, VA 23450

HOUSEHOLD FINANCE CORPORATION II
C/O VICTOR SHAPIRO, ESQ.
SHECHTMAN HALPERIN SAVAGE LLP
1080 MAIN STREET
PAWTUCKET, RI 02860

HSBC Bank, N.A.
PO Box 98724
Las Vegas, NV 89193

HSBC NV
P.O.Box 19360
Portland, OR 97280

MBNA AMERICA
C/O WOLPOFF & ABRAMSON LLP
489 WHITNEY AVENUE
2ND FLOOR
HOLYOKE, MA 01040

MBNA AMERICA
C/O WOLPOFF & ABRAMSON, LLP
TWO IRVINGTON CENTRE
702 KING FARM BLVD.
ROCKVILLE, MD 20850

NATHAN R. MILLER PROPERTIES
GENERAL OFFICES
SIX BEACON STREET
BOSTON, MA 02108

SOVEREIGN BANK NEW ENGLAND
P.O. BOX 12707
READING, PA 19612

THE STUDENT LOAN CORPORATION
C/O CITIBANK
P.O. BOX 6615
THE LAKES, NV 88901

Michael A. Goldman
32 Glendale Road
Marblehead, MA 01945

Susan F. Goldman
32 Glendale Road
Marblehead, MA 01945